# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURYAST U.S. ENTERPRISES, LLC | CASE NUMBER: |
| PLAINTIFF(S) | 2:26–cv–04999–MWF–MAR |
| v. | |
| SHIRA PERLMUTTER , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____5/8/2026____        ____2____        ____Request for Summons____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date:_ May 21, 2026 _                    By: _/s/ Jenny Lam  (Jenny_Lam@cacd.uscourts.gov)_
                                                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –