NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ryan B. Abbott (SBN 281641)
ryan@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

ATTORNEY(S) FOR: Plaintiff Suryast U.S. Enterprises, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURYAST U.S. ENTERPRISES, LLC, a California limited liability company <br><br> Plaintiff(s), <br><br> v. <br><br> SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:26-cv-04999-MWF-MAR <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff SURYAST U.S. ENTERPRISES, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Suryast U.S. Enterprises, LLC | Plaintiff |
| Ankit Sahni | Author/Owner of Suryast U.S. Enterprises, LLC |
| Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office | Defendant |
| United States Copyright Office | Defendant |

June 3, 2026
Date

/s/ Ryan B. Abbott
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Suryast U.S. Enterprises, LLC

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**