TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
KEITH A. JONES (Cal. Bar No. 211298)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0486
E-mail: keith.jones2@usdoj.gov

*Attorneys for Defendants Shira Perlmutter and the United States Copyright Office*

Ryan B. Abbott (SBN 281641)
ryan@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff Suryast U.S. Enterprises, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SURYAST U.S. ENTERPRISES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and THE UNITED STATES COPYRIGHT OFFICE,<br><br>Defendants. | No. 2:26-cv-04999-MWF-MAR<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint served: July 8, 2026<br>Current response date: September 6, 2026<br>New response date: October 6, 2026<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that Defendants Shira Perlmutter and the United States Copyright Office may have a thirty (30) day extension of time, from September 6, 2026 (extended to September 8 due to the weekend and the holiday), to October 6, 2026, to respond to the initial complaint in this action in accordance with Local Civil Rule 8-3 of the Local Rules for the Central District of California.

Dated: September 8, 2026

BROWN NERI SMITH & KHAN LLP

*/s/ Ryan B. Abbott*
Ryan B. Abbott (SBN 281641)

*Attorneys for Plaintiff*
*Suryast U.S. Enterprises, LLC*

Dated: September 8, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Keith A. Jones** 
KEITH A. JONES (Cal. Bar No. 211298)
Assistant United States Attorney

*Attorneys for Defendants Shira Perlmutter and the United States Copyright Office*

* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.