BRETT A. SHUMATE
Assistant Attorney General
SCOTT D. BOLDEN
Director
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St NW, Room 8408
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone: (202) 616-1061

*Attorneys for Defendants Shira Perlmutter and the United States Copyright Office*

Ryan B. Abbott (SBN 281641)
ryan@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff Suryast U.S. Enterprises, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SURYAST U.S. ENTERPRISES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHIRA PERLMUTTER, in her official capacity as Register of Copyrights and Director of the United States Copyright Office; and THE UNITED STATES COPYRIGHT OFFICE,<br><br>Defendants. | No. 2:26-cv-04999-MWF-MAR<br><br>**STIPULATION TO TRANSFER VENUE TO THE DISTRICT OF THE DISTRICT OF COLUMBIA**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

Pursuant to 28 U.S.C. § 1404(b), the parties jointly and respectfully request that the Court transfer the case to the District of the District of Columbia. The District of the

District of Columbia is the proper venue pursuant to 28 U.S.C. § 1391(e)(1)(A) and § 1391(e)(1)(B) because Defendants are located at 101 Independence Avenue SE, Washington, D.C. 20559-6000 and the events giving rise to the claim occurred in Washington, D.C. *See* 28 U.S.C § 1391(e)(1)(A) (the judicial district where a defendant in the action resides), (B) (the judicial district where a substantial part of the events or omissions giving rise to the claim occurred).

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the case will be transferred to the District of the District of Columbia.

BROWN NERI SMITH & KHAN LLP

*/s/ Ryan B. Abbott*
Ryan B. Abbott (SBN 281641)

*Attorneys for Plaintiff*
*Suryast U.S. Enterprises, LLC*

BRETT A. SHUMATE
Assistant Attorney General

SCOTT D. BOLDEN
Director

/s/ Jenna Munnelly*
JENNA MUNNELLY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: jenna.e.munnelly@usdoj.gov
Telephone: (202) 616-1061

Dated: November 9, 2026

*Attorneys for Defendants Shira Perlmutter*
*and the United States Copyright Office*

---

* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.